No. 406, Misc.  BELL v. SKEEN, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 411, Misc.  ARNOLD v. CUMMINGS, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 412, Misc.  HUDSON v. DAY, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 413, Misc.  LEE v. KINDELAN, WARDEN.  C. A. 1st Cir.  Certiorari denied.

No. 417, Misc.  HILDERBRAND v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 423, Misc.  DANIELS v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 425, Misc.  BENJAMIN ET AL. v. McINTOSH. United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *David Carliner* for petitioners.  *Mark P. Friedlander* for respondent.

No. 439, Misc.  VITI v. RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 441, Misc.  SIMS v. IOWA.  Supreme Court of Iowa. Certiorari denied.

No. 443, Misc.  MULLREED v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 447, Misc.  BREMER v. LOONEY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 449, Misc.  SALKELD v. RAGEN, WARDEN.  Circuit Court of Marion County, Illinois.  Certiorari denied.